# United States District Court
EASTERN DISTRICT OF WISCONSIN

MARY MILLER,

        Plaintiff,

    v.

**JUDGMENT IN A CIVIL CASE**
Case No. 22-C-327

MENASHA ENTERTAINMENT, LLC,
by administrator Blu Sapphires Gentlemen's Club,
CURT STRATTON, KEVIN WEAVER and
NEELA SATHIYAMOORTHY,

        Defendants.

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the matter is compelled to arbitration pursuant to the stipulated motion of the parties and the case is dismissed.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: August 16, 2022

GINA M. COLLETTI
Clerk of Court

s/ Lori Hanson
(By) Deputy Clerk